UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Scott A. Spaulding,

               Petitioner,    Case No. 13-cv-10131

v.                                 Judith E. Levy
                                 United States District Judge

Jeffrey Larson,

               Respondent.

_____/

## **OPINION AND ORDER FOLLOWING REMAND**

This matter is before the Court on remand from the United States Court of Appeals for the Sixth Circuit, which reversed the Court's grant of habeas relief. In accordance with the Sixth Circuit's decision in *Spaulding v. Larson*, _ F. App'x _, 2017 WL 3328035 (6th Cir. Aug. 4, 2017), the Court DENIES and DISMISSES WITH PREJUDICE the petition for a writ of habeas corpus.

     IT IS SO ORDERED.

Dated: December 7, 2017         s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                                              United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 7, 2017.

s/Shawna Burns
SHAWNA BURNS
Case Manager
